# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**  PLAINTIFF

v.  No. 4:12-cr-186-DPM-8

**HUNTER GLADDEN**  DEFENDANT

## ORDER

1. The United States' oral motion to dismiss the superseding petition, № 437, without prejudice is granted.

2. For the reasons stated on the record at the 20 October 2016 hearing, the Court modifies Gladden's conditions of supervised release as set out below. With the advice of counsel, Gladden consented to these three modifications:

- Gladden must remain in chemical-free living for the next six months. His treatment needs will be reassessed after that time expires.

- Gladden must disclose his substance abuse history — including past abuse with prescription medications and opiates — to any prescribing physicians. Gladden agrees to allow the probation office to verify these disclosures.

- Gladden must perform forty hours of community service, under the guidance and supervision of the probation office, within the next year. At least two of those hours must be completed by attending a Mothers Against Drunk Driving Victim Impact Panel.

All other conditions of supervised release, № 374 at 3-4, remain in effect.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 October 2016